8 So.2d 902

. **Morris HARDIN v. STATE.**

6 Div. 757.

Court of Appeals of Alabama.
May 12, 1942.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

6 So.2d 905

**Josh HARDY v. STATE.**

8 Div. 230.

Court of Appeals of Alabama.
Feb. 17, 1942.

D. U. Patton, of Athens, for appellant.
Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed on motion of appellant.

5 So.2d 848

**Allston HARGROVE v. STATE.**

6 Div. 784.

Court of Appeals of Alabama.
Jan. 20, 1942.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge. .
Appeal dismissed.

2 So.2d 926

**Henry HARPER v. STATE.**

5 Div. 124.

Court of Appeals of Alabama.
April 22, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

2 So.2d 926

**L. C. HARTZOG v. STATE.**

4 Div. 588.

Court of Appeals of Alabama.
April 22, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge..
Affirmed.

11 So.2d 168

**Will HATFIELD v. CITY OF EUFAULA.**

4 Div. 742.

Court of Appeals of Alabama.
Nov. 10, 1942.

RICE, Judge.
Affirmed.